AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)    ☐ Original   ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

Central District of California



```
LODGED
CLERK, U.S. DISTRICT COURT
5/6/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VAM___ DEPUTY
```

```
FILED
CLERK, U.S. DISTRICT COURT
5/6/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: ___ib___ DEPUTY
```

United States of America

v.

HUGO LOPEZ-MARZARIEGOS,
  aka "Hugo Leonel Mazariegos,"
  aka "Hugo Lionel Lopez-Mazariegos,"
  aka "Hugo Lionel Lopez,"
  aka "Hugo Leo Lopez,"
  aka "Hugo Lopez,"
  aka "Hugo Leonel Lopez,"
  aka "Hugo Mazariegos,"

    Defendant.

Case No.   2:22-mj-01787-DUTY

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of January 26, 2021, in the county of Los Angeles in the Central District of California, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. §§ 1326(a), (b)(2) | Illegal Alien Found in the United States Following Deportation, With Prior Aggravated Felony Conviction |

This criminal complaint is based on these facts:

  *Please see attached affidavit.*

☒ Continued on the attached sheet.

/s/ Zaira Bonilla
Complainant's signature

Zaira Bonilla, Deportation Officer
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:  5/6/2022

City and state:  Los Angeles, California

[Judge's signature]
Judge's signature

Hon. Alexander F. MacKinnon, U.S. Magistrate Judge
Printed name and title

SAUSA Nevarez (213) 894-7413

**AFFIDAVIT**

I, Zaira D. Bonilla, being duly sworn, declare and state as follows:

## I. PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of a criminal complaint and warrant against HUGO LOPEZ-MARZARIEGOS, also known as "Hugo Leonel Mazariegos," "Hugo Lionel Lopez-Mazariegos," "Hugo Lionel Lopez," "Hugo Lionel Mazariegos," "Hugo Leo Lopez," "Hugo Lopez," "Hugo Leonel Lopez," and "Hugo Mazariegos," charging him with violating Title 8, United States Code, Sections 1326(a) and (b)(2), Illegal Alien Found in the United States Following Deportation with Prior Aggravated Felony Conviction.

2. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from other law enforcement agents and witnesses. This affidavit is intended to show that there is probable cause for the requested complaint and arrest warrant and does not purport to set forth all my knowledge of, or investigation into, this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

## II. BACKGROUND OF DEPORTATION OFFICER ZAIRA BONILLA

3. I am a Deportation Officer ("DO") with the United States Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE"). I have been a DO with ICE, formerly known as the Immigration and Naturalization Service

("INS") since September 2015. I am currently assigned to the Los Angeles Enforcement and Removal Operations ("ERO") field office. Prior to working for ICE as a DO, I worked as an Immigration Enforcement Agent with ICE since September 2006.

### III. STATEMENT OF PROBABLE CAUSE

4. On or about January 26, 2021, the ICE Pacific Enforcement Response Center ("PERC") received an electronic notification based on biometric fingerprint information that LOPEZ-MARZARIEGO was arrested and in the custody of the Los Angeles Sheriff Department ("LASD"). On or about that same day, a DHS Immigration Detainer was lodged with LASD. The DHS Immigration Detainer was not honored and LOPEZ-MARZARIEGO was released from LASD custody.

5. Based on my training and experience, I know that when an individual is fingerprinted by ICE, or the former INS, the individual is issued a Fingerprint Identification Number ("FIN"). The FIN is then automatically associated with the individual's DHS A-Number. In this case, LOPEZ-MARZARIEGOS' fingerprints were assigned FIN 1137584461, which was then linked to A-Number 071-811-628 based on prior fingerprints located in the DHS "A-File" bearing the number A071 811 628.

6. On or about March 29, 2022, I reviewed the Immigration Alien Query ("IAQ") electronic notification associated with LOPEZ-MARZARIEGOS' January 26, 2021, arrest, and saw that the FIN associated with the IAQ was FIN 1137584461. I thus confirmed that that the individual arrested on January 26, 2021 by LASD, was LOPEZ-MARZARIEGO, a previously deported alien.

7. Based on my training and experience, I know that a DHS "A-File" is a file in which immigration records are maintained for aliens admitted to or found in the United States. I also know that a DHS A-File usually contains photographs, fingerprints, court records of conviction, and records relating to deportation or other actions by INS or DHS with respect to the subject alien for whom the DHS A-File is maintained.

8. On March 25, 2022, I obtained and reviewed DHS A-File A071-811-628, which is maintained for the subject alien "HUGO LOPEZ-MARZARIENGOS." The A-File contained the following documents and information:

    a. Photographs of the subject alien to whom DHS A-File A071-811-628 corresponds. I compared the photographs in the A-File to photographs taken of LOPEZ-MARZARIEGOS on January 26, 2021, while in LASD custody. I thus determined that DHS A-File A071-811-628 and its contents correspond to LOPEZ-MARZARIEGOS.

    b. Three executed Warrants of Removal/Deportation (Form I-205) indicating that LOPEZ-MARZARIEGOS was officially removed or deported from the United States on or about September 3, 1992, July 24, 1997, and September 26, 2018. I know from my training and experience that a Warrant of Removal/Deportation is executed each time a subject alien is removed and deported from the United States by ICE (and its predecessor agency, the INS) and usually contains the subject's photograph, signature, and/or fingerprint. All three executed Warrants of Removal/Deportation in LOPEZ-MARZARIEGOS' DHS A-File contain a signature and

3

fingerprint and two of the three executed Warrants of Removal/Deportation contain photographs.

   c. A certified conviction record showing that LOPEZ-MARZARIEGOS was convicted on or about October 26, 2016, under the name "HUGO LEONEL LOPEZ," of Assault/Bodily Injury, in violation of California Penal Code 245(a)(4), in the Superior Court of the State of California, County of Los Angeles, Case Number MA069495, for which LOPEZ-MARZARIEGOS was sentenced to two years' imprisonment. This is an aggravated felony crime as defined in Immigration and Naturalization Act Section 101(a)(43)(F) because it is a crime of violence for which the term of imprisonment is at least one year.

   d. Various documents, in addition to the Warrant of Removal/Deportation, indicating that LOPEZ-MARZARIEGOS is a native and citizen of Guatemala. These documents include: (i) one Order of the Immigration Judge, dated September 12, 2018, ordering LOPEZ-MARZARIEGOS removed to Guatemala; (ii) a Record of Deportable/Inadmissible Alien (Form I-213) where LOPEZ-MARZARIEGOS admits he is a native and citizen of Guatemala.

  9. On or about March 29, 2022, I reviewed the printouts of the Interstate Identification Index ("III").  Based on my training and experience, I know that the III database tracks and records arrests and convictions of individuals according to an individual's State Identification number or Federal Bureau of Investigation number.  The III printouts confirmed that LOPEZ-MARZARIEGOS had been convicted of the crimes reflected on the

documents contained in LOPEZ-MARZARIEGOS' DHS A-File, described above.

10. On March 25, 2022, I reviewed the printouts of ICE computer indices on LOPEZ-MARZARIEGOS. Based on my training and experience, I know that the ICE computer indices track and document each time an alien is removed or excluded from the United States by ICE, or deported by the former INS, or is granted permission to enter or re-enter the United States. The ICE computer indices confirmed that LOPEZ-MARZARIEGOS had been removed and deported on the date indicated on the Warrant of Removal/Deportation found in LOPEZ-MARZARIEGOS' DHS A-File and described above. The ICE computer indices further indicated that LOPEZ-MARZARIEGOS had not applied for or obtained from the Attorney General or the Secretary of Homeland Security, permission to re-enter the United States legally since LOPEZ-MARZARIEGOS had last been deported.

11. Based on my review of LOPEZ-MARZARIEGOS' DHS A-File, I determined that his A-File does not contain any record of his ever applying for or receiving from the Attorney General or the Secretary of Homeland Security, permission to legally re-enter the United States. Based on my training and experience, I know that such documentation is required to re-enter the United States legally after deportation, and that if such documentation existed, it would ordinarily be found in LOPEZ-MARZARIEGOS' DHS A-File.

## IV. CONCLUSION

12. For all the reasons described above, there is probable cause to believe that HUGO LOPEZ-MARZARIEGOS has violated Title 8, United States Code, Sections 1326(a) and (b)(2), Illegal Alien Found in the United States Following Deportation with Prior Aggravated Felony Conviction.

Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this  6th  day of
May, 2022.

_____
UNITED STATES MAGISTRATE JUDGE
HON. ALEXANDER F. MacKINNON